# OSBORN LAW P.C.

Daniel A. Osborn, Esq. dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
**Dated: July 22, 2026**

The schedule proposed herein is ADOPTED. The Clerk of Court of is respectfully directed to terminate the motion at ECF No. 11.

July 20, 2026

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Sexton v. Commissioner of Social Security*
Civil Action No. 1:26-cv-03358-VF

Dear Judge Figueredo,

We write on behalf of plaintiff, Sean Edward Sexton, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on July 29, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension of time. The plaintiff requests this extension due to a scheduled vacation and a heavy caseload with overlapping deadlines over the upcoming weeks.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **October 27, 2026;**
- Defendant to file its response to plaintiff's motion/cross motion on or before: **January 25, 2027**; and
- Plaintiff to file his reply, if any, on or before: **February 8, 2026.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Sergei Aden, Esq. (by ECF)